**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMBER A. FOSTER,

Plaintiff

v.

UNITED STATES OF AMERICA,

Defendant

Case No.: 2:26-cv-03911-APG-EJY

**Order Dismissing Case**

Plaintiff Amber Foster filed a motion under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence by a person in federal custody. ECF No. 1-1. However, Foster challenges a state court conviction. *Id.* at 1. She thus has filed the wrong type of action against the wrong defendant. Accordingly, I dismiss this case. If Foster meant to appeal something to the Supreme Court of Nevada, she must file the appropriate document in that court. If Foster meant to file a habeas corpus petition in this court related to her state custody, she must file a new action under a new case number under 28 U.S.C. § 2254.

I THEREFORE ORDER that this action is dismissed.

I FURTHER ORDER the clerk of court to send to Amber Foster the approved form and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

I FURTHER ORDER the clerk of court to close this case.

DATED this 24th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE